# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

139317

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DARRYL SCHINDLER,
      Plaintiff-Appellee,

v

                                          SC: 139317
                                          COA: 279295
                                          WCAC: 06-000084

ASPLUNDH TREE EXPERT COMPANY and
LUMBERMENS MUTUAL CASUALTY
COMPANY,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

1021